IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN ANGELI, et al.,                    :
                                        :
            Plaintiffs,                 :
      v.                                :      3:18-CV-703
                                        :      (JUDGE MARIANI)
LIBERTY MUTUAL INSURANCE                :
COMPANY,                                :
                                        :
            Defendant.                  :

## ORDER

AND NOW, THIS 3RD DAY OF FEBRUARY 2021, the parties having informed the

Court that the above-captioned action has settled, **IT IS HEREBY ORDERED THAT** this action

is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within

sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time

to consummate the settlement, within the above 60-day time period will result in the automatic

conversion of this dismissal from one without prejudice to one with prejudice.


                                      _s/ Robert D. Mariani_____
                                      Robert D. Mariani
                                      United States District Judge